Main Document Removed

DOCUMENT INTENTIONALLY BLANK