Attachment Removed

DOCUMENT INTENTIONALLY BLANK